ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| RLM Communications, Inc. | ) ASBCA No. 60324 |
| | ) |
| Under Contract No. W91247-12-D-0012 | ) |

APPEARANCES FOR THE APPELLANT:    Kyle R. Still, Esq.
Benjamin N. Thompson, Esq.
  Wyrick Robbins Yates & Ponton LLP
  Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Julie A. Glascott, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60324, Appeal of RLM Communications, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals